# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy L Rohrbaugh, | No. CV-20-00295-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Barbara Von Blanckensee, | |
| Defendant. | |

On July 18, 2022, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Randy L. Rohrbaugh's Petition for Habeas Corpus Pursuant to Title 28, United States Code, Section 2241. (Doc. 19.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed and the mailed R&R was returned to the Clerk's Office as undeliverable. (Doc. 20.)

The Court, on multiple occasions, warned Petitioner that it was Petitioner's responsibility to keep his address current, and that failure to do so may result in dismissal. (Doc. 3 at 2; Doc. 7 at 2; Doc. 11 at 5–6.) The Court does not have an affirmative obligation to locate Plaintiff. *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes to his mailing address."); *see also* LRCiv 83.3 (plaintiff who is incarcerated must serve notice of change of address within seven days of the date of the change). The Court, therefore, considers this matter despite the undeliverable mail.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the Petition (Doc. 1), Judge Ferraro's screening orders (Docs. 3, 7, 11), the Government's response (Docs. 17), and the R&R (Doc. 19). The Court finds the R&R well-reasoned and agrees with Judge Ferraro's conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 19) and Petitioner Randy L. Rohrbaugh's Petition for Habeas Corpus Pursuant to Title 28, United States Code, Section 2241is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 5th day of August, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge